The judgment is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## GRAHAM v. STATE.
No. 19342.

Court of Criminal Appeals of Texas.

Feb. 2, 1938.

S. O. Lovejoy, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for making serious threats to take human life, punishment being a fine of $100.

The prosecution was under article 1265 (1925), P.C. A jury was waived and the trial had before the court.

No statement of facts is brought forward and no complaint appears as to any procedural matter.

The judgment is affirmed.

## WILSON v. STATE.
No. 19355.

Court of Criminal Appeals of Texas.

Feb. 2, 1938.

A. H. Spann, of Navasota, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction for a misdemeanor; punishment assessed at a fine of $100.

The record is before this court without a statement of facts or bills of exception. All matters of procedure appearing regular, the judgment will be affirmed.